# Court of Appeals
# of the State of Georgia

ATLANTA,  August 27, 2024

*The Court of Appeals hereby passes the following order:*

**A25E0012. CHAD MYERS v. STATE OF GEORGIA.**

On August 27, 2024, Chad Myers petitioned this Court for the purpose of obtaining a ruling from the Cobb Co. Superior Court on his April 27, 2024 motion to modify his sentence.

The petition does not meet the requirements of Court of Appeals Rule 40 (c) and is therefore DISMISSED. See *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983) (dismissing a petition for mandamus when no "final decision" had been obtained from the superior court).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/27/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*